PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:      CASE NO.: 23-42742-MXM-13

**CLIFFORD ROY COOLEY JR**
    1545 ROMA LN
    FORT WORTH, TX 76134
    SSN/TIN: XXX-XX-3869

**DEBTOR**      **MEETING: OCTOBER 24, 2023**

### NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE

    The Standing Chapter 13 Trustee will conduct a video-conference § 341 Meeting of Creditors for the bankruptcy case identified above. The meeting will be conducted using Zoom which is an application that can be downloaded for free to a computer, smartphone, or other smart device at: www.zoom.us or at the Application Store on your smart device. (The Debtor is not required to register with Zoom. Downloading the application will be sufficient.) **The meeting will be conducted on the date above.** Debtor's counsel will get a hyperlink to join the meeting with the aniticipated start time via email approximately two business days before the meeting date. The Debtor must have acceptable documents for identification and verification of Social Security number.

    Prior to the meeting, Debtor's counsel shall ensure that the Debtor has a smart device capable of video-conferencing with Zoom and assist the Debtor with downloading and using Zoom. DEBTOR COUNSEL ARE RESPONSIBLE FOR ENSURING THAT THE DEBTOR **CAN BE SEEN AND HEARD** DURING THE MEETING AND THAT THEY HAVE SUFFICIENT BANDWIDTH TO PARTICIPATE IN THE MEETING. Debtor's counsel shall also provide the Trustee with contact email address for Debtor's counsel. *Pro se* debtors are responsible for verifying their ability to use Zoom and providing a contact email address. Creditors and other parties-in-interest who choose to participate must also provide the Trustee with contact email addresses.

    **EMAIL ADDRESSES FOR THE PRO SE DEBTOR, DEBTOR'S COUNSEL, ANY PARTICIPATING CREDITOR, OR PARTY-IN-INTEREST MUST BE SUBMITTED TO bassel341docs@fwch13.com AT LEAST 3 BUSINESS DAYS PRIOR TO THE MEETING BY EMAIL. THE CASE NUMBER MUST BE IN THE SUBJECT LINE OF THE EMAIL.**

    Prior to commencement of the meeting, *pro se* Debtors, Debtor's counsel, and any other parties who have chosen to participate by providing an email address will receive meeting invitations from the Trustee at the email addresses provided. ***Debtor's counsel shall provide the Zoom link and/or Meeting ID and password to the Debtor.*** All parties must be available to join the meeting at the time set by the Trustee and may have to wait for the Presiding Officer to complete other scheduled meetings before the meeting commences. All parties shall join the meeting within five minutes of the start time. If the Debtor or Debtor's attorney does not timely join the meeting, it will be re-set and a Motion to Dismiss will be filed, if appropriate. If a creditor or other party fails to timely join the meeting, the meeting will commence without their participation.

    ANY PARTIES THAT CANNOT PARTICIPATE DUE TO TECHNOLOGICAL ISSUES MUST CONTACT THE TRUSTEE AT LEAST 3 BUSINESS DAYS PRIOR TO THE MEETING TO MAKE ALTERNATIVE ARRANGEMENTS.

    DEBTORS MAY TAKE A FREE ONLINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH WILL SATISFY ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com <http://www.13class.com> and using the Bassel Trustee Identifier Number TEN13033 or Truman Trustee Identifier Number TEN13001.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before October 04, 2023. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

Acima Digital, FKA Simp, 13907 South Minuteman Drive, Draper, UT 84020
AT AND T, c o Credeance Resource, MANA, 17000 Dallas Parkway Suite 20, Dallas, TX 75248
AT&T / SBC, PO BOX 5001, CAROL STREAM, IL 60197
AT&T CORP, C/O AT&T SERVICES, ONE AT&T WAY ROOM 3A104, BEDMINSTER, NJ 07921-0000
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
BRIDGECREST CREDIT CO, 7300 E HAMPTON AVE STE 101, MESA, AZ 85209-0000
Capital One, POB 30281, Salt Lake City, UT 84130
CITI, PO BOX 6241, SIOUX FALLS, SD 57117-0000***
CONN APPLIANCE INC, C/O BECKET & LEE, PO BOX 3002 DEPT CONNS, MALVERN, PA 19355-0000
Exeter Finance Corp, PO Box 166008, Irving, TX 75016-0000
EXETER FINANCE LLC, PO BOX 650693, DALLAS, TX 75265-0000
EXETER FINANCE LLC DEPT, AIS PORTFOLIO SERVICES LP, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118-0000
FINGERHUT, 6250 RIDGEWOOD RD, ST CLOUD, MN 56303-0000
Global Exchange DEV Corp, c o Monterey Collections Services, 4095 Avenida De La Plata, Oceanside, CA 92056
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
Koalafi, PO Box 5518, Glen Allen, VA 23058
Koalafi, 424 Hull Street Suite 600, Richmond, VA 23224
LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
Oak Chase Apartments, 1045 Cheever Blvd, Suite 20, San Antonio, TX 78217
Opensky, CBNK, 10700 Park Ridge Blvd, Reston, VA 20191
OWINGS AUTO, 519 E DIVISION ST, ARLINGTON, TX 76011-0000
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 7520
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711
TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, 101 E 15TH ST, RM 556-A, AUSTIN, TX 78778-0000
UNITED STATES ATTORNEY, 1100 COMMERCE ST 3RD FLOOR, DALLAS, TX 75242
US DEPARTMENT OF JUSTICE, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000
VERIZON WIRELESS, PO BOX 26055, ***BAD ADDRESS***, MINNEAPOLIS, MN 55426-0000***

***Address on record invalid for recipient -- no document mailed to this party.