**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 23-42742-MXM-13 |
| **CLIFFORD ROY COOLEY JR**<br>  1545 ROMA LN<br>  FORT WORTH, TX 76134<br>  SSN/TIN: XXX-XX-3869 | |
| **DEBTOR** | HEARING: NOVEMBER 16, 2023 AT 8:30 AM |

**NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

Acima Digital,  FKA Simp,  13907 South Minuteman Drive,  Draper, UT  84020

AT AND T,  c o Credeance Resource,  MANA,  17000 Dallas Parkway Suite 20,  Dallas, TX  75248

AT&T / SBC,  PO BOX 5001,  CAROL STREAM, IL  60197

AT&T CORP,  C/O AT&T SERVICES,  ONE AT&T WAY ROOM 3A104,  BEDMINSTER, NJ  07921-0000

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Becket and Lee LLP,  PO Box 3002,  Malvern, PA  19355

BRIDGECREST CREDIT CO,  7300 E HAMPTON AVE STE 101,  MESA, AZ  85209-0000

Capital One,  POB 30281,  Salt Lake City, UT  84130

CITI,  PO BOX 6241,  SIOUX FALLS, SD  57117-0000***

CONN APPLIANCE INC,  C/O BECKET & LEE,  PO BOX 3002 DEPT CONNS,  MALVERN, PA  19355-0000

CONN APPLIANCES INC D/B/A CONN'S HOMEPLUS,  C/O BECKET & LEE LLP,  PO BOX 3002 DEPT CONNS,  MALVERN, PA  19355-0000

Exeter Finance Corp,  PO Box 166008,  Irving, TX  75016-0000

EXETER FINANCE LLC,  PO BOX 650693,  DALLAS, TX  75265-0000

EXETER FINANCE LLC DEPT,  AIS PORTFOLIO SERVICES LP,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY, OK  73118-0000

FINGERHUT,  6250 RIDGEWOOD RD,  ST CLOUD, MN  56303-0000

Global Exchange DEV Corp,  c o Monterey Collections Services,  4095 Avenida De La Plata,  Oceanside, CA  92056

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

Koalafi,  424 Hull Street Suite 600,  Richmond, VA  23224

Koalafi,  PO Box 5518,  Glen Allen, VA  23058

LINEBARGER GOGGAN BLAIR AND SAMPSON,  2777 N STEMMONS FWY STE 1000,  DALLAS, TX  75207-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

Oak Chase Apartments,  1045 Cheever Blvd,  Suite 20,  San Antonio, TX  78217

Opensky,  CBNK,  10700 Park Ridge Blvd,  Reston, VA  20191

OWINGS AUTO,  519 E DIVISION ST,  ARLINGTON, TX  76011-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  2777 N STEMMONS FREEWAY STE 1000,  DALLAS, TX  75207-000

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  101 E 15TH ST, RM 556-A,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

VERIZON WIRELESS,  PO BOX 26055,  ***BAD ADDRESS***,  MINNEAPOLIS, MN  55426-0000***

***Address on record invalid for recipient -- no document mailed to this party.